IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

J&L ENTERPRISES, LLC,

        Plaintiff,

vs.

JIM DAWS TRUCKING, LLC,

        Defendant.

4:24CV3222

**ORDER**

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 19) is granted and Kristin Nalbach is deemed withdrawn as counsel of record for Plaintiff in this case. The Clerk of Court shall terminate electronic notice to Kristin Nalbach in this case.

Dated this 21st day of May, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge